# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CONNIE REMY,

      Plaintiff,

      v.                              Case No. 17-2267-CM

HCC LIFE INSURANCE COMPANY,

      Defendant.

---

## MEMORANDUM & ORDER

This matter comes before the court upon the parties' Joint Motion to Dismiss with Prejudice and Memorandum in Support (Doc. 51).

Defendant removed plaintiff's breach of contract claim from Johnson County District Court on May 10, 2017. Plaintiff's petition claimed that defendant breached plaintiff's health insurance policy by failing to pay her valid medical bills.

The parties now inform the court that they have resolved this matter. They ask the court to dismiss plaintiff's complaint with prejudice with each party to bear its own costs.

Under Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request . . . on terms that the court considers proper." Such dismissals are typically without prejudice, but the parties here specify that the case should be dismissed with prejudice. Accordingly, the parties' joint motion is granted and this case is dismissed with prejudice. Each party shall bear its own costs.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Dismiss with Prejudice and Memorandum in Support (Doc. 51) is granted. This case is dismissed with prejudice.

This case is closed.

Dated August 28, 2018, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**